```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF MARYLAND


IN RE:   TRACY N LOVE                  *   Case No: 17-20409
                                       *
           Debtor
                                       *   Chapter 13

*   *   *   *   *   *   *   *   *   *   *   *   *

NATIONSTAR MORTGAGE LLC                *

           Movant                      *
Vs
                                       *

TRACY N LOVE                           *

           Respondent                  *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

ANSWER TO MOTION FOR RELIEF FROM STAY

The Respondent(s), Tracy N. Love, by Edward C. Christman and Christman & Fascetta, LLC, in response to the Motion Seeking Relief from Automatic Stay, state:

1. Debtor(s) admit the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6 and 10 of said Motion.

2. Debtor(s) are without sufficient knowledge or information to admit or deny the allegations contained in Paragraphs 8 of said Motion.

3. Debtor(s) deny the allegations in Paragraphs 7, 9 and 11 of said Motion.

WHEREFORE, the Respondent respectfully requests that said Motion for Relief from Automatic Stay be dismissed.

/s/ Edward C. Christman
Edward C. Christman
Christman & Fascetta LLC
810 Gleneagles Court
Suite 301
Towson, MD  21286
(410) 494-8388

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2018, a copy of the foregoing Answer was mailed by first class mail, postage prepaid to the following:

Nancy Spencer Grigsby, Trustee
185 Admiral Cochrane Drive, Ste. 240
Annapolis, Maryland 21401

Law Office of Shapiro & Brown LLP
Attn: Renee Dyson, Esq.
10021 Balls Ford Road, Ste. 200
Manassas, Virginia 20109

/s/ Edward C. Christman
Edward C. Christman